IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                        CASE NO: 08-31992
                                                                    CHAPTER 7

    WILLIAMS, KEVIN D
     WILLIAMS, BRANDY
       Debtor(s)
_____/

## NOTICE OF PAYMENT OF UNCLAIMED
## FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 002 | Sovereign Bank<br>Lenore Castore<br>One Sovereign Way<br>East Providence, RI 02915 | $690.61 |

The checks mailed at the above address on August 2, 2010 have neither been negotiated by the creditor or returned by the Post Office.

Dated this 2nd day of November , 2010.

                                               /s/ Sherry F. Chancellor
                                               Sherry F. Chancellor, Trustee
                                               619 West Chase Street
                                               Pensacola, Florida 32502
                                               (850) 436-8445
                                               Florida Bar No: 434574

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Sovereign Bank Lenore Castore, One Sovereign Way, East Providence, RI 0291 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida  32301  on this 2nd  day of November, 2010.

                                                  /s/ Sherry F. Chancellor
                                                 Sherry F. Chancellor, Trustee